RICHARD F. HUTCHINSON, Appellant, *v.* CHARLES F. PARKER
AND COMPANY, Respondent.

*Hutchinson* v. *Parker & Co.,* 39 App. Div. 133, affirmed.
(Argued October 28, 1901; decided December 17, 1901.)

APPEAL from a judgment entered December 30, 1899, upon
an order of the Appellate Division of the Supreme Court in
the fourth judicial department, overruling plaintiff's exceptions
ordered to be heard in the first instance by the Appellate
Division, denying a motion for a new trial and directing judg-
ment for the defendant upon a verdict.

*D. E. Brong* for appellant.

*E. M. Ashley* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, HAIGHT and CULLEN,
JJ. Dissenting : O'BRIEN and LANDON, JJ. Not voting :
WERNER, J.

---

THE TOWN OF HUNTINGTON, Appellant, *v.* ANDRUS L. TITUS
et al., Respondents.

*Town of Huntington* v. *Titus,* 50 App. Div. 468, affirmed.
(Argued November 27, 1901; decided December 17, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 24, 1900, affirming a judgment in favor of defend-
ants entered upon a decision of the court on trial at Special
Term.

*Willard N. Baylis* and *Edward R. Ackerly* for appellant.

*Rowland Miles* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT,
MARTIN, VANN and WERNER, JJ.